UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) Civil Action No. 1:06-cv--0964 (GK) |
| v. | ) <br> ) |
| BRETT TERRY MASONRY, INC. | ) <br> ) |
| Defendant. | ) <br> ) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, as of July 10, 2006, the name, address, telephone and facsimile numbers of the law firm Dickstein Shapiro Morin & Oshinsky LLP will change to the following:

      Dickstein Shapiro LLP
      1825 Eye Street, NW
      Washington, DC 20006-5403
      (Tel.) 202-420-2200
      (Fax) 202-420-2201

The telephone numbers and email addresses for Ira R. Mitzner and Charles V. Mehler III will also change to the following:

>Ira R. Mitzner
>(202) 420-2234
>mitzneri@dicksteinshapiro.com
>
>Charles V. Mehler, III
>(202) 420-3674
>mehlerc@dicksteinshapiro.com

Also, please note that our firm will be closed on July 3, 2006.

Dated: June 26, 2006

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

By: _____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler, III, DC Bar No. 475909
Attorneys for Plaintiffs