IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 06-0964 (GK)
)
BRET TERRY MASONRY, INC. )
)
Defendant. )

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On June 8, 2006, service was made upon Bret Terry Masonry, Inc. by U.S. postal Services Express Mail and acknowledged by Bret M. Terry President of Bret Terry Masonry, Inc., at 3629 S Fox Street, Suite A, Englewood, CO 80110.

3. Proof of such service is provided by the executed Acknowledgement of Receipt of Summons and Complaint form executed on June 27, 2006, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 21, 2006

_____
Ira R. Mitzner

DSMDB-2145876v01