# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRET TERRY MASONRY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0964 (GK)<br><br>Notice and Acknowledgment of<br>Receipt of Summons and Complaint |

## NOTICE

To: Bret Terry Masonry, Inc., 3629 S Fox Street, Suite A, Englewood, CO 80110.

Pursuant to Federal Rule of Civil Procedure 4(e)(1), which authorizes service of process "pursuant to the law of the state in which the district court is located," an original Summons, addressed to Bret Terry Masonry, Inc. and a Complaint have been served upon you in accordance with Rule 4(c)(2)(C)(2)(i) of the Rules of Civil Procedure of the Superior Court of the District of Columbia.

You must sign and date the Acknowledgment. You have been served on behalf of a corporation. Therefore, we have indicated your authority under your signature block.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving the Summons and Complaint in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the Complaint within twenty (20) days after

2097476.01

you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken for the relief demanded in the Complaint.

This Notice and Acknowledgment of Receipt of Summons and Complaint was sent by U.S. Postal Services Express Mail on June 8 2006.

June 8, 2006
Date of Signature

By: /s/ Ira R. Mitzner
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP

Attorneys for Plaintiffs
John Flynn, et al.


ACKNOWLEDGMENT OF RECEIPT
OF SUMMONS AND COMPLAINT

I received an original Summons addressed to Bret Terry Masonry, Inc., and a copy of the Complaint in the above-captioned matter at Bret Terry Masonry, Inc., 3629 S Fox Street, Suite A, Englewood, CO 80110, and accept service on behalf of Bret Terry Masonry, Inc.

6-27-06
Date of Signature

By: /s/ Bret Terry
Bret M. Terry
President
Bret Terry Masonry, Inc.

2097476.01                                          2