CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

                Plaintiffs )
)
vs. )    Civil Action No. 06-0964 (GK)
)
)
)
BRET TERRY MASONRY, INC. )

                Defendant

### AFFIDAVIT IN SUPPORT OF DEFAULT

    I hereby certify under penalty of perjury, this __20th__ day of __Sept.__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Bret Terry Masonry, Inc.__

was [were]:    [personally served with process on _____ ].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____ ].

OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): __June 27, 2006__ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __29 U.S.C. Section 1132(e)(2)__ ].

    I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [~~although an extension has been given, the time for filing has expired~~]; that the defendant is neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner

Dickstein Shapiro LLP
1825 Eye St., N.W., Washington, DC 20006

__184564__
Bar Id. Number

Address and Telephone Number (202) 420-2200