Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

    Plaintiff(s)

V.

BRET TERRY MASONRY, INC.

    Defendant(s)

Civil Action No. 06-964 (GK)

RE: BRET TERRY MASONRY, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 27, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 25th day of September, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
            Deputy Clerk