# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0964 (GK) |
| ) | |
| BRET TERRY MASONRY, INC., ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF IRA R. MITZNER
## IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, IRA MITZNER, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel of record for the Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Ben Capp, Jr., ("IPF" or "Fund"), in the above-captioned case. I have personal knowledge of the facts stated herein.

2. On June 8, 2006, the Summons and a copy of the Complaint were served on Defendant by U.S. Postal Service Express Mail and acknowledged by Bret M. Terry, President of Bret Terry Masonry, Inc., by the execution of an Acknowledgement of Receipt of Summons and Complaint form on June 27, 2006.

3. As of this date, no Answer to the Complaint is reflected on the docket.

2190140.01

4. As set forth in the accompanying Declaration of David F. Stupar, Defendant owes the following sums to Plaintiffs:

| $ | 60,657.68 | Contributions due the IPF and IHF for work performed in Local 7 CO |
|---|---|---|
| $ | 5,541.68 | Interest assessed on the above delinquent contributions due to the IPF and IHF, calculated at the rate of 15 percent per annum from the Due Date |
| $ | 13,344.53 | An additional computation of interest (at the rate of 15 percent per annum) and/or Liquidated Damages (at the rate of 20 percent) on the above contributions due to the IPF and IHF |
| $ | 8,714.56 | Liquidated damages (at the rate of 20 percent) assessed on IHF contributions (in the amount of $43,572.80) paid after the Due Date |
| $ | 2,717.69 | Delinquent dues checkoff due the BAC for work performed in Local 7 CO |
| $ | 274.03 | Interest assessed on the above dues checkoff due the BAC, calculated at the rate of 15 percent per annum |
| $ | 350.00 | Filing fee (for U.S. District Court) |
| $ | 2,907.71 | Audit Fee |
| $ | (4,000.00) | Less Payment received |
| $ | 90,507.88 | Subtotal |

5. Additionally, the Employee Retirement Income Security Act of 1974 ("ERISA") provides for the mandatory award of attorney's fees. ERISA Section 502(g)(2)(D). Plaintiffs' counsel has charged the Fund less than the firm's market rate in this matter for well-intentioned, public-spirited reasons. Counsel for Plaintiffs has offered this reduced fee in order to mitigate financial hardships to the Fund, which provides retirement benefits to members of the International Union of Bricklayer and Allied Craftworkers. We believe that our efforts help to

2190140.01

ensure the viability of the Fund and, in turn, the welfare of those participants and beneficiaries who depend on their pensions for income after retirement.

6. Counsel for the Funds, consistent with the decision of the United States Court of Appeals for the District of Columbia Circuit in *Board of Trustees of the Hotel and Restaurant Employees Local 25 and Employers' Health and Welfare Fund v. JPR, Inc.*, 136 F.3d 794, 800-808 (D.C. Cir. 1998), on remand, 1999 WL 1567733 (D.D.C Sept. 10, 1999), and for the reasons set forth in paragraph 5 above, therefore seeks to recover its market rates in this action rather than the reduced fee charged to the Fund.

7. The fees generated to date by Dickstein Shapiro LLP in this action at market rate, calculated according to the normal billing rates in effect currently or at the time services were performed for the Fund, are as follows:

|  | Hours | Per Hour | Total |
|---|---|---|---|
| Ira R. Mitzner (Partner) | 0.90 | $510.00 | 459.00 |
| Claudette Elmes (Paralegal) | 13.60 | $165.00 | $2,244.00 |
| **Total** | 14.50 |  | $2,703.00 |

8. The default of Defendant for failure to answer was entered by the Clerk of this Court on September 25, 2006.

9. The total balance due Plaintiffs by Defendant as of this date is $93,210.88.

2190140.01

10. Plaintiffs therefore pray for entry of default in favor of Plaintiffs in the amount $93,210.88.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 22, 2006          _____
                                          Ira R. Mitzner