IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,                                    )
                                                        )
            Plaintiffs,                                 )
                                                        )
    v.                                                  )     Civil Action No. 06-0964 (GK)
                                                        )
BRET TERRY MASONRY, INC.,                               )
                                                        )
            Defendant.                                  )
                                                        )

## JUDGMENT

The Summons and Complaint in this action having been duly served on the above-named Defendant on June 27, 2006, and the time for said Defendant to appear and defend herein having expired, and Defendant not having filed an Answer, and the Clerk having entered default, and the Plaintiffs having filed a declaration of a total amount due of $93,210.88, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

ORDERED, ADJUDGED, AND DECREED that the final judgment in favor of Plaintiffs and against Defendant is hereby granted and ordered entered as the judgment in this action as follows:

1.     That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Ben Capp, Jr., all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 620 F Street N.W., 9th Floor, Washington, D.C. 20004, recover from

Defendant, Bret Terry Masonry, Inc., 3629 S Fox Street, Suite A, Englewood, CO 80110, the amount due of $93,210.88;

      2.     That Bret Terry Masonry, Inc. be directed to submit all monthly reports and contributions that may come due the Plaintiffs subsequent to the filing of this judgment;

      3.     That said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest, damages and reasonable attorney's fees and costs that may be owing to the Plaintiffs from Bret Terry Masonry, Inc.; and

      4.     That Bret Terry Masonry, Inc. comply with its obligation to make timely and full contributions to the IPF.

      ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: _____

                              _____

                                Gladys Kessler
                                United States District Judge

2190160.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,                        )
                                           )
                                           )
                Plaintiffs,                )
                                           )
        v.                                 )    Civil Action No. 06-0964 (GK)
                                           )
BRET TERRY MASONRY, INC.,                  )
                                           )
                Defendant.                 )
                                           )

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC  20006

Bret Terry Masonry, Inc.
3629 S Fox Street, Suite A
Englewood, CO  80110