UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,  :
                Plaintiffs,  :
v.  :  Civil Action No. 06-964 (GK)
BRET TERRY MASONRY, INC.,  :
                Defendant.  :

## ORDER

Before the Court is Plaintiffs' Motion for Entry of Default Judgment. Upon consideration of the Motion, and there being no opposition filed, it is this 12th day of January, 2007, hereby

**ORDERED**, that Plaintiffs' Motion is **granted as unopposed**.

*/s/ Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**